STATE OF CONNECTICUT *v.* VASKA ANDERSON

The petition of the state of Connecticut for certification for appeal from the Appellate Court, 55 Conn. App. 60 (AC 17456), is granted, limited to the following issue:

"Did the Appellate Court properly conclude that the juror misconduct involved in this case (1) required it to exercise its supervisory authority so as to order a new trial, and (2) was a structural defect that required a new trial without an inquiry into its harmlessness?"

The Supreme Court docket number is SC 16225.

*Nancy L. Chupak,* deputy assistant state's attorney, in support of the petition.

*Wesley S. Spears,* in opposition.

Decided November 30, 1999